**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 13-6322**

―――――――――

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

QUENTIN DAWAN HAYES,

                    Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Florence.   R. Bryan Harwell, District Judge.
(4:10-cr-00941-RBH-2)

―――――――――

Submitted:  June 18, 2013              Decided:  July 18, 2013

―――――――――

Before KING, AGEE, and KEENAN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Quentin Dawan Hayes, Appellant Pro Se.  Alfred William Walker
Bethea, Jr., Assistant United States Attorney, Florence, South
Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quentin Dawan Hayes appeals the district court's order denying his motion to compel the Government to file a Fed. R. Crim. P. 35(b) motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  United States v. Hayes, No. 4:10-cr-00941-RBH-2 (D.S.C. Feb. 5, 2013).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED